# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

**JAMES WINSTON JONES, JR**

**WARRANT FOR ARREST**
FID 9383018

Case Number: **2:17−CR−00253−MRH**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **JAMES WINSTON JONES, JR,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition   ☑ Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Alleged Violation of Supervised Release**

in violation of United States Title:Section(s)

N/A

**RECEIVED**
By SPK U.S. Marshals W-PA at 10:36 am, Feb 09, 2023

Jacquelyn Akerly
Name of Issuing Officer

*Jacquelyn Akerly*
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

02/08/2023          Pittsburgh, PA
Date and Location

Bond   **is at the discretion of the Mag. Judge.**

### RETURN

This warrant was received and executed with the arrest of the above−named defendant

Date Received                Name and Title of Arresting Officer

Date of Arrest               Signature of Arresting Officer