Case 2:23-mj-00095-RCM Document 1-2 Filed 02/15/23 Page 2 of 12
Case 2:23-mj-00095-RCM Document 1-2 Filed 02/15/23 Page 2 of 12 PageID #: 1
Case 2:20-cr-00061-MRH Document 126 Filed 02/15/23 Page 2 of 2

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

**JAMES WINSTON JONES, JR**

**WARRANT FOR ARREST**

FID 9383018

Case Number: **2:20−CR−00061−MRH**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JAMES WINSTON JONES, JR,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Alleged violation of Supervised Release**

in violation of United States Title:Section(s)

**N/A**

> **RECEIVED**
> By SPK U.S. Marshals W-PA at 10:32 am, Feb 09, 2023

Katie Hall
Name of Issuing Officer

*Katie Hall*
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

02/08/2023     Erie
Date and Location

Bond  **is at the discretion of the Magistrate Judge**

## RETURN

This warrant was received and executed with the arrest of the above−named defendant

Date Received

Name and Title of Arresting Officer

Date of Arrest

Signature of Arresting Officer